

**Bruce M. Luchansky, ESQ.**
606 Bosley Avenue, Suite 3B
Towson, Maryland 21204

P (410) 522-1020
F (410) 522-1021
E lucky@luchanskylaw.com

September 4, 2019

**VIA CM/ECF**

The Honorable Peter J. Messitte
United States District Judge
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

   Re: *Johnson v. 2U, Inc.*
     Civil Action No. 8:19-cv-01637-PJM

Dear Judge Messitte,

  Please accept this letter as the Parties' joint report on the general status of this matter. The Parties, through counsel, have been working together cooperatively with the objective of determining whether they can agree to terms on a resolution of this matter. On Friday, August 30, 2019, the Parties have come an agreement to settlement terms, subject to finalization of a written agreement. Plaintiff requests that Defendant's obligation to file a responsive pleading to the Complaint be stayed while the parties finalize their agreement.

  Should you have any questions or need further information, please do not hesitate to contact us.

        Respectfully submitted,

        *Bruce Luchansky*
        Bruce M. Luchansky